[No. 45884-1-I. Division One. July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE LEE
CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-02108-4, Richard M. Ishikawa, J., entered
December 20, 1999. *Dismissed* by unpublished per curiam
opinion.

[No. 45981-3-I. Division One. July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. M.P., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-8-04192-7, J. Kathleen Learned and
Michael J. Trickey, JJ., entered January 25, 2000. *Dis-
missed* by unpublished per curiam opinion.

[No. 46012-9-I. Division One. July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
WASHINGTON DOPPS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-02622-1, William L. Downing, J., entered
January 11, 2000. *Reversed* by unpublished per curiam
opinion.

[No. 46147-8-I. Division One. July 30, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. PHOUC VAN LE,
*Respondent*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 99-1-00589-8, John M. Meyer, J., entered
January 6, 2000. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Cox and Ellington, JJ.